(ASEY S.

# MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTIN PINEIRO,<br>                        Plaintiff,<br>v.<br>PROFESSIONAL ORTHOPEDIC AND SPORTS PHYSICAL THERAPY, PRO-FIT ORTHOPEDIC AND SPORTS PHYSICAL THERAPY AND GEORGE PAPADOLPOULOS, AS PRESIDENT AND SHAREHOLDER,<br>                        Defendants. | 1:05-CV-04952 (RCC) (AJP)<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 4-11-06 |

IT IS HEREBY STIPULATED AND AGREED between the parties, through the undersigned attorneys, that the above-entitled action be and hereby is dismissed with prejudice and without costs as to any party as against the other.

Dated: New York, New York
       March 28, 2006

| HUGHES HUBBARD & REED LLP | LAW OFFICES OF GREGORY S. LISI |
|---|---|
| By: _/s/ Jodi Divak_<br>Ned H. Bassen (NB-6429)<br>Jodi E. Divak (JD-8362)<br>One Battery Park Plaza<br>New York, New York 10004<br>(212) 837-6000<br><br>Attorneys for Defendants Professional Orthopedic and Sports Physical Therapy, Pro-Fit Orthopedic and Sports Physical Therapy and George Papadolpoulos | By: _/s/ Gregory S. Lisi_<br>Gregory S. Lisi (GL-6083)<br>55 Front Street, Suite 7<br>Rockville Centre, NY 11570<br>(516) 678-7100<br><br>Attorneys for Plaintiff Martin Pineiro |

Dated: April 11, 2006

So Ordered: _____
               U.S.D.J.

NY 1028202_1[1]